**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:                                                                              Case No.: 8:15-bk-05077-MGW
                                                                                    Chapter 7
Beck Weinert
Falyn Weinert

DEBTORS.
_____

**MOTION TO SELL REAL PROPERTY SUBJECT TO ALL ENCUMBRANCES**
**LIENS AND INTERESTS AND SOLICITATION OF GREATER OFFERS**

**(977 Victor Drive, Dunedin, FL 34698)**
_____

**Notice and Opportunity to Object and Request for Hearing**

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899, and serve a copy on the movant's Attorney, Richard M. Dauval, at 3900 First Street North, Suite 100, St. Petersburg, FL 33703, and any other appropriate persons within the time allowed.**

**If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**
_____

COMES NOW Traci K. Stevenson, Chapter 7 Trustee, by and through her undersigned counsel,

and hereby moves for authority to sell certain improved real property subject to all liens,

encumbrances and interests, and in support thereof states as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b) (2) (A), (M), (N) and (O).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief requested herein are, *inter alia*, 11 U.S.C. §§ 105, 363(b) and Federal Rules of Bankruptcy Procedure 2002 and 6004.

## PROPOSED SALE TERMS

4. Traci K. Stevenson, the Trustee duly appointed and acting for the above-captioned estate reports that she intends to sell 21 days from the date this paper is entered on the docket, the following property of the estate of the Debtor(s) under the following terms and conditions:

Description of Property: 977 Victor Drive, Dunedin, FL 34698. More particularly described as:

**LOT 5, BLOCK F, PLEASANT GROVE PARK, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 41, PAGE(S) 20 AND 21, PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.**

   a. Manner of Sale:   Private

   b. Terms of Sale:    Certified Funds Only

a. Purchaser: Southwest Investment of Florida, LLC, a Florida company.

b. Sale Price: $3,000.00, subject to the auction procedures described in Paragraph 5 below.

c. Applicable Taxes and Government Charges: Upon expiration of the negative notice period outlined above, the Trustee shall escrow from Purchaser an amount equal to

the agreed upon sales price and the total amount of applicable taxes calculated and due under Fla. Stat. § 201.02, in certified funds. The Trustee shall do a lien search for the limited purpose of calculating the applicable taxes under Fla. Stat. §201.02. The Trustee, upon collection of the sale proceeds and applicable taxes, shall then:

a. Execute a Trustee's Deed and properly record an original copy of the executed Deed with the Clerk of the Court for the County where the Property is located.

b. Incident to recording the Trustee's Deed, the Trustee shall pay all applicable taxes (i.e., documentary stamp taxes) in full.

c. Upon return receipt of the Trustee's Deed from the Clerk of Court, the original shall be delivered by the Trustee, or her Attorney, to Purchaser via U.S. Mail and a copy of the same shall be filed with the Clerk of the Court for the Middle District of Florida, Bankruptcy Court.

d. <u>Ownership Interest to be Transferred</u>: All right, title, and interest of bankruptcy estate, if any.

e. <u>Subject to all liens and encumbrances, if any</u>. No warranties of no liens. No warranties of any kind. Liens included on the Debtor's Schedule D include:

| <u>Lienholder</u> | <u>Amount</u> | <u>Nature of Secured Interest</u> |
|---|---|---|
| **Selene Finance Lp**<br>**9990 Richmond Ave, Ste 40**<br>**Houston, TX 77042** | **$207,754.00  \*** | **First Mortgage\*** |

**\* As per the Debtor(s) bankruptcy schedules**

**SOLICITATION OF GREATER OFFERS**

5. The Trustee will entertain any higher bids for the purchase of the Property that the Trustee proposes to sell. Such bids must be in writing and must be received by the Trustee's Attorney electronically at rdauval@leavenlaw.com or by US Mail at the address listed below, no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days to determine the ultimate purchaser.

6. Upon determination of the ultimate purchaser, and pursuant to B.R.C.P. Rule 6004(c), the Trustee shall serve and file a report of sale itemizing the property sold, the name of the ultimate purchaser, and the price received for the property.

7. To the extent applicable, the Trustee requests declaration that the ultimate purchaser be authorized to communicate with any and all secured lien holders regarding the future disposition of the Property, and to that end any unsatisfied liens or encumbrances of record.

8. The Trustee requests that the 14 day appeal period provided for under B.R.C.P. Rule 6004(h) be waived so that the sale of the Property may close immediately upon the entry of an order granting the instant motion.

WHEREFORE, the Trustee moves for the entry of an Order substantially in the form attached hereto:

A. Authorizing the sale of the Property to the ultimate purchaser subject to all liens, encumbrances, or interests of any party; and,

B. Authorizing the Trustee to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a deed conveying the interests of the Debtor(s) the Property to the Purchaser;

C. Granting the Trustee such other and further relief as is just and proper.

Respectfully submitted,

*/s/ Richard Dauval. Esq.*
Richard M. Dauval
Leavengood, Dauval, Boyle & Meyer, P.A.
3900 Fist Street North, Suite 100
St. Petersburg, FL 33703
727-327-3328 x303

## CERTIFICATE OF SERVICE

I certify that on June 24, 2015, a true and correct copy of the foregoing was provided by U.S. mail and/or electronic delivery to: **U.S. Trustee**, USTPRegion21.TP.ecu@usdoj.gov; **Ziona Kopelovich, Esq.**, Assist@debtrelieftampabay.com; **Beck & Falyn Weinert**, 977 Victor Dr., Dunedin, FL 34698; **Diane Nelson, CFC,** P.O. Box 4006, Seminole, FL 33775-4006; **Selene Finance LP**, c\o Lender Legal Services, LLC, Attn: Alexandra Kalman, Esq., akalman@lenderlegal.com

Respectfully submitted,

*/s/ Richard Dauval. Esq.*
Richard M. Dauval

LeavenLaw
Richard Dauval
3900 First Street North Suite 100
St. Petersburg, FL  33703

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  Beck Weinert<br>Falyn Weinert | CASE NO: 8:15-bk-05077-MGW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 6/24/2015, I did cause a copy of the following documents, described below,

Motion To Sell Real Property Subject To All Encumbrances Liens And Interest And Solicitation of Greater Offers,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 6/24/2015

/s/ Richard Dauval
Richard Dauval   664081
LeavenLaw
3900 First Street North Suite 100
St. Petersburg, FL  33703
727 327 3328
rdauval@leavenlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  Beck Weinert<br>Falyn Weinert | CASE NO: 8:15-bk-05077-MGW<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 6/24/2015, a copy of the following documents, described below,

Motion To Sell Real Property Subject To All Encumbrances Liens And Interest And Solicitation of Greater Offers,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/24/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
LeavenLaw
Richard Dauval
3900 First Street North Suite 100
St. Petersburg, FL  33703

Case 8:15-bk-05077-MGW    Doc 17    Filed 06/24/15    Page 8 of 10

PARTIES DESIGNATED AS "*** EXCLUDE ***" ARE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
113A-8
CASE 8-15-BK-05077-MGW
MIDDLE DISTRICT OF FLORIDA
TAMPA
WED JUN 24 10-40-29 EDT 2015

CHRISTIANA TRUST A DIVISION OF WILMINGTON S
SELENE FINANCE LP
P.O. BOX 71243
PHILADELPHIA PA 19176-6243

*DEBTOR*

BECK WEINERT
977 VICTOR DR.
DUNEDIN FL 34698-6048

FALYN WEINERT
977 VICTOR DR.
DUNEDIN FL 34698-6048

*EXCLUDE*

~~MICHAEL G. WILLIAMSON~~
~~TAMPA~~

AESNCT
AESDDB
PO BOX 8183
HARRISBURG PA 17105-8183

ARS NATIONAL SERVICES
PO BOX 463023
ESCONDIDO CA 92046-3023

AMERICAN EXPRESS
PO BOX 3001
16 GENERAL WARREN BLVD
MALVERN PA 19355-1245

AMEX DSNB
PO BOX 8218
MASON OH 45040-8218

AVANTE
2950 S GESSNER
HOUSTON TX 77063-3751

BANK OF AMERICA
ATTN- CORRESPONDENCE UNITCA6-919-02-41
PO BOX 5170
SIMI VALLEY CA 93062-5170

BANK OF AMERICA
LENDER LEGAL SERVICES
201 E. PINE ST SUITE 730
ORLANDO FL 32801-2763

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CARRINGTON MORTGAGE SE
1610 E SAINT ANDREW PLACE SUTIE B150
SANTA ANA CA 92705-4931

CARRINGTON MORTGAGE SERVICE
1610 E. ST. ANDREW PL #B150
ANDREW PLACE
SANTA ANA CA 92705-4931

CHASE CARD
201 N. WALNUT STDE1-1027
WILMINGTON DE 19801-2920

CHASE CARD
PO BOX 15298
WILMINGTON DE 19850-5298

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANKTHE HOME DEPOT
CITICORP CREDIT SRVSCENTRALIZED BANKRUP
PO BOX 790040
SAINT LOUIS MO 63179-0040

CLIENT SERVICES INC
3451 HARRY STRUMAN BLVD
SAINT CHARLES MO 63301-9816

COASTLINE EMERGENCY PHYSICIANS
PO BOX 41694
PHILADELPHIA PA 19101-1694

COMENITY BANKEXPRESS
ATTN- BANKRUPTCY
P.O. BOX 182686
COLUMBUS OH 43218-2686

COMENITY BANKVCTRSSEC
PO BOX 182789
COLUMBUS OH 43218-2789

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

DISNEY MOVIE CLUB
PO BOX 758
NEENAH WI 54957-0758

DSNB MACYS
9111 DUKE BLVD
MASON OH 45040-8999

EOS CCA EBAY
PO BOX 556
NORWELL MA 02061-0556

PARTIES DESIGNATED AS "**NOTICE NOT SENT**" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 8:15-bk-05077-MGW    Doc 17    Filed 06/24/15    Page 9 of 10

| | | |
|---|---|---|
| EDMANAGE<br>PO BOX 91388<br>RALEIGH NC 27675-1388 | FFCC<br>PO BOX 20790<br>COLUMBUS OH 43220-0790 | FINANCIAL CREDIT SERVICES<br>PO BOX 90<br>CLEARWATER FL 33757-0090 |
| FIRST SOURCE ADVANTAGE<br>205 BRYANT WOODS S<br>BUFFALO NY 14228-3609 | FRONTLINE ASSET STRATEGIES<br>1935 W. COUNTRY RD 82 SUITE 425<br>ROSEVILLE MN 55113 | FROST ARNETT COMPANY<br>PO BOX 198988<br>NASHVILLE TN 37219-8988 |
| GECRBKIRKLANDS<br>ATTN- BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | GENPACT SERVICES<br>PO BOX 960003<br>ORLANDO FL 32896-0003 | GREATER FLORIDA<br>PO BOX 17426<br>CLEARWATER FL 33762-0426 |
| J.A. LAW OFFICE<br>200 CUMMINGS CT SUITE 173D<br>LYNN MA 01905 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | JOHNSON & WALES UNIV<br>334 WESTMINSTER ST FL 2<br>PROVIDENCE RI 02903-3303 |
| LABCORP<br>PO BOX 2240<br>BURLINGTON NC 27216-2240 | LAPCORP<br>PO BOX 2240<br>BURLINGTON NC 27216-2240 | MBA LAW MITCHELL<br>2222 TEXOMA PARKWAY SUITE 160<br>SHERMAN TX 75090-2482 |
| MEASE COUNTRYSIDE HOSPITAL<br>PO BOX 20608<br>TAMPA FL 33622-0608 | MEASE COUNTRYSIDE HOSPITAL<br>PO BOX 404792<br>ATLANTA GA 30384-4792 | MEASE COUNTRYSIDE HOSPITAL<br>PROCESSING CENTER<br>PO BOX 404792<br>ATLANTA GA 30384-4792 |
| MEASE PATHOLOGY ASSOC<br>PO BOX 8660<br>SAINT LOUIS MO 63126-0660 | MED BUS CONS<br>PO BOX 5417<br>LARGO FL 33779-5417 | MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO CA 92123-2255 |
| MIDLAND FUNDING LLC<br>PO BOX 60578<br>LOS ANGELES CA 90060-0578 | MOHELA DEPT OF ED<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | MORRIS DUPONT<br>1200 NW 78TH AVENUE SUITE 300<br>MIAMI FL 33126-1891 |
| NATIONAL ENTERPRISE SYSTEMS<br>29125 SCLON RD<br>SOLON OH 44139-3442 | NAVIENT<br>PO BOX 9500<br>WILKES BARRE PA 18773-9500 | NAVIENT<br>PO BOX 9655<br>WILKES-BARRE PA 18773-9655 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NELNET
ATTN- CLAIMS
PO BOX 17460
DENVER CO 80217-0460

NORTHLAND GROUP
PO BOX 390846
MINNEAPOLIS MN 55439-0846

NORTHSTAR LOCATION SERVICES
4282 GENESEE ST
BUFFALO NY 14225

PINELLAS COUNTY TAX COLLECTOR
PO BOX 4006
SEMINOLE FL 33775-4006

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUEST DIAGNOSTICS
PO BOX 740781
CINCINNATI OH 45274-0781

RICHARD HURD DDS PA
1463 PINEHURST RD
DUNEDIN FL 34698-3839

RONALD WOLFE & ASSOC
PO BOX 25018
TAMPA FL 33622-5018

SEARSCBNA
PO BOX 6283
SIOUX FALLS SD 57117-6283

SELENE FINANCE LP
9990 RICHMOND AVE STE 40
HOUSTON TX 77042-8500

SYNCBGAP
4125 WINDWARD PLAZA
ALPHARETTA GA 30005-8738

SYNCBTJX COS
PO BOX 965015
ORLANDO FL 32896-5015

T-MOBILE
PO BOX 790047
SAINT LOUIS MO 63179-0047

THE LIMITEDWFNNB
WFNNBATTN- BANKRUPTCY
PO BOX 182686
COLUMBUS OH 43218-2686

TRANSWORLD SYS INC99
507 PRUDENTIAL RD
HORSHAM PA 19044-2308

VOLKSWAGEN CREDIT UNION
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

VICTORIAS SECRET
PO BOX 659728
SAN ANTONIO TX 78265-9728

*CM/ECF E-SERVICE*
TRACI K. STEVENSON +
P O BOX 86690
MADEIRA BEACH FL 33738-6690

*CM/ECF E-SERVICE*
TRACI K. STEVENSON ATTORNEY FOR TRUSTEE +
P O BOX 86690
MADEIRA BEACH FL 33738-6690

*CM/ECF E-SERVICE*
UNITED STATES TRUSTEE - TPA713 +
TIMBERLAKE ANNEX SUITE 1200
501 E POLK STREET
TAMPA FL 33602-3949

*CM/ECF E-SERVICE*
ZIONA KOPELOVICH +
DEBT RELIEF LAW OFFICES OF TAMPA BAY LLC
5422 TROUBLE CREEK ROAD
NEW PORT RICHEY FL 34652-5124

*CM/ECF E-SERVICE*
ALEXANDRA R KALMAN +
LENDER LEGAL SERVICES LLC
201 EAST PINE STREET
SUITE 730
ORLANDO FL 32801-2763

*CM/ECF E-SERVICE*
PINELLAS COUNTY TAX COLLECTOR (RE) +
PINELLAS COUNTY TAX COLLECTOR
PO BOX 4006
SEMINOLE FL 33775-4006

*CM/ECF E-SERVICE*
NOTE- ENTRIES WITH A □+□ AT THE END OF THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF