ORDERED.

Dated: July 22, 2015

*Michael G. Williamson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Beck Weinert
Falyn Weinert

Case No.: 8:15-bk-05077-MGW
Chapter 7

DEBTORS.
_____/

**ORDER GRANTING TRUSTEE'S MOTION
TO SELL REAL PROPERTY SUBJECT TO ALL ENCUMBRANCES
LIENS AND INTERESTS AND SOLICITATION OF GREATER OFFERS**
(977 Victor Drive, Dunedin, FL 34698)

THIS CASE came before the court to consider Chapter 7 Trustee, Traci K. Stevenson's ("Trustee") Section 363(b) Motion to Sell Subject to All Encumbrances Liens and Interests and Solicitation of Greater Offers Liens (the "Motion") (Doc. No. 17) pursuant to the negative notice provisions of Local rule 2002-4. The Court reviewed the Motion, the record and found no responses or objections were filed. Accordingly, it is:

**ORDERED** and **ADJUDGED** as follows:

1. The notice of the Motion is approved as proper and adequate under the circumstances.

2. The Motion is GRANTED.

3. The Trustee is authorized to sell the real property located at:

**LOT 5, BLOCK F, PLEASANT GROVE PARK, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 41, PAGE(S) 20 AND 21, PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.**

more commonly known as, 977 Victor Drive, Dunedin, FL 34698 (the "Real Property"), subject to all liens, encumbrances or interests of any party and in accordance with the terms provided for in the Motion.

      4.      The Trustee is authorized to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a deed conveying the interests of the Debtor(s) in the Real Property to the ultimate purchaser.

      5.      The ultimate purchaser is authorized to communicate with any and all secured lienholders regarding the future disposition of the Property, and to that end, any unsatisfied liens or encumbrances of record.

      6.      The 14 day stay period pursuant to Rule 6004(h) is waived and this Order shall be effective and enforceable immediately upon entry.

Richard M. Dauval, Esq., is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.