ORDERED.

Dated:  August 12, 2015

_____
Michael G. Williamson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  
Beck Weinert  
Falyn Weinert  
     Debtor[s].  
_____/

Case No. 8:15-bk-05077-MGW  
Chapter 7

**ORDER GRANTING CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR STANWICH MORTGAGE LOAN TRUST, SERIES 2013-1 MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC 20)**

THIS CASE came on for consideration for the Motion for Relief from Stay filed by Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust, Series 2013-1 (Document No. 20) (the "Motion"). The Motion was served by negative notice and no appropriate response was timely filed.

Accordingly, it is **ORDERED:**

1. The Motion (Document No. 31) is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**977 VICTOR DRIVE, DUNEDIN, FLORIDA**

**LOT 5, BLOCK F, PLEASEANT GROVE PARK, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 41, PAGES 20 AND 21, PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA.**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

4. If applicable, the Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

5. This Order will survive any subsequent conversion of the case to another chapter under the Bankruptcy Code.

Attorney Alexandra Kalman, Esq., is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.